■ FRANCIS W. SULLIVAN et al., Respondents-Appellants, v TIMBERLINE ELECTRIC SUPPLY CORP. et al., Appellants-Respondents. [648 NYS2d 397] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Bender, J. (Appeals from Order of Supreme Court, Seneca County, Bender, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Doerr and Boehm, JJ.